ROBERT L. BARBER, appellant,

*v.*

THE WEST JERSEY TITLE AND GUARANTY COMPANY,
respondent.

In case due notice of the final hearing of a cause in the court of chancery
was given, and the cause was accordingly heard, but one of the parties did not
appear and was not represented at the hearing, and the decree was made in
his absence, he cannot appeal from such decree to this court.

On appeal from an order advised by Vice-Chancellor Pitney,
whose opinion is reported in *West Jersey Title Co.* v. *Barber, 4
Dick. Ch. Rep. 474.*

*Mr. David J. Pancoast,* for the appellant.

*Mr. Thomas E. French* and *Mr. Samuel H. Grey,* for the
respondent.

The opinion of the court was delivered by

DIXON, J.

The questions principally discussed on this appeal—whether
the complainant has a right to inspect and make copies of the
public files and records in the office of the clerk of Camden
county when that is not necessary for the conduct of any par-
ticular transaction which it has in hand, but is only convenient
to prepare it for the prompt consummation of such business as

may afterwards come to it, and whether a bill in equity is the appropriate means of enforcing its right in the premises—are questions which, in our opinion, are not free from difficulty; but, upon the case as it stands, we are not required to decide them, for this appeal is not properly before the court.

The record shows that due notice of the final hearing in the court of chancery was given to the solicitor of the defendant and that the cause was accordingly heard, but that the defendant did not appear and was not represented at the hearing, and the decree was made in his absence.

In *Townsend* v. *Smith, 1 Beas. 350,* this court decided that, from a decree thus rendered, the absent party could not take an appeal, but, if dissatisfied, must apply to the chancellor for a rehearing.

This objection to the appeal is presented in the brief of counsel for the respondent, and therefore cannot be disregarded. Consequently, the appeal must be dismissed.

*For dismissal*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, BOGERT, BROWN, KRUEGER—10.

*Contra*—None.